Whitman Phillips, Respondent, *v.* Josiah G. Clark, Appellant.

Plaintiff and one S. were partners. Upon dissolution they entered into a written agreement, by which S. assigned and transferred all his rights and interest in the assets of the firm to plaintiff, who was to collect all the accounts, etc., and pay the firm debts, and with the share of S. in the

residue, and the avails of certain individual property also transferred , to pay certain paper made in the firm name by S. for his individual benefit : the balance, if any remained, to be paid to S. In an action brought by plaintiff to recover a debt due the firm,—*Held*, that S. was not a necessary party plaintiff.

(Submitted September 30, 1871 ; decided January term, 1872.)

*J. F. Malcolm* for the appellant.

*Whitbeck & Wandall* for the respondent.

EARL, C., reads for affirmance.
All concur.
Judgment affirmed, with costs.